**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph JOHNSON, Jr., a/k/a Joseph
R. Johnson, a/k/a Joe Johnson,
Defendant–Appellant.**

**No. 00–7781.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

Joseph Johnson, Jr., pro se. William Neil Hammerstrom, Jr., Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

235

PER CURIAM.

Joseph Johnson, Jr., appeals the district court's order denying his post-judgment motions filed in his criminal case and granting his motion to correct the judgment and conviction order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Johnson*, No. CR–96–180–A (E.D. Va. filed Oct. 11, 2000; entered Oct. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*